IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONALD WARD,                          )
                                      )
      Plaintiff,                    )
                                      )
    v.                                  ) Civil Action No. 06-106 KAJ
                                      )
WARDEN THOMAS CARROL, DEPUTY           )
WARDEN DAVID PIERCE, CAPTAIN           )
CARL HAZZARD,                          )
                                      )
      Defendants.                   )

```
                    FILED
                  FEB 27 2006
                U.S. DISTRICT COURT
              DISTRICT OF DELAWARE
```

**AUTHORIZATION**

    I, Donald Ward, SBI #141205 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $8.80 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 2/26, 2006.

    This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody

I may be transferred.

Date: __FEB 26__, 2006.

_Donald Ward_
Signature of Plaintiff

I/M Derrell Ward
SB# 00141205   UNIT E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET LOCKBOX 18
WILMINGTON, DEL.
19801

